## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3067
DIRECT FAX
(917) 777-3067
EMAIL ADDRESS
JORDAN.FEIRMAN@SKADDEN.COM

February 9, 2024

**VIA ECF AND EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

RE:   *Kee v. The Detroit Lions, Inc. et al.*, No. 1:24-cv-00223-ALC (S.D.N.Y.)
      **Consented Motion for Extension of Time to Respond to Complaint**

Dear Judge Carter:

   We represent Defendants NFL Properties LLC and NFL Enterprises LLC (the "NFL Parties"), and write jointly on behalf of (1) the NFL Parties and co-Defendants (2) The Detroit Lions, Inc., (3) Getty Images (US) Inc., (4) Fanatics Retail Group North, LLC, (5) Bullion International, Inc. d/b/a The Highland Mint, and (6) McFarlane Toys, Inc. (collectively, "Defendants") in connection with the above-referenced matter.

   As reflected by the Affidavits of Service filed by Plaintiff (ECF 29-35), the Complaint has been served on the Defendants on dates between January 23 and February 2. Accordingly, the first responses to the Complaint (by the NFL Parties and Fanatics Retail Group North, LLC) are due on February 13.

   The above-listed Defendants have coordinated with Plaintiff, and all parties have consented to an extension of Defendants' time to respond to the Complaint to **Friday, March 22, 2024**. The parties respectfully request that the Court enter an order permitting the Defendants to answer or otherwise

respond to the Complaint by that date.  No prior requests for an extension have been made by any party.

The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Jordan A. Feirman*
Jordan A. Feirman

cc (by ECF and/or email):

Counsel for Plaintiff:
Kevin Patrick McCulloch & Nathaniel Kleinman, McCulloch Kleinman Law

Counsel for The Detroit Lions, Inc.:
Susan Kornfield & Justin Bagdady, Bodman PLC

Counsel for Getty Images (US) Inc.:
James Rosenfeld and Nimra Azmi, Davis Wright Tremaine LLP

Counsel for Fanatics Retail Group North, LLC:
Rob Potter, Kilpatrick Townsend & Stockton LLP

Counsel for Bullion International, Inc. d/b/a The Highland Mint:
Craig Miller, Lathrop GPM

Counsel for McFarlane Toys, Inc.:
Jura Zibas & Stephen Barrett, Wilson Elser