# EXHIBIT 2



## Sculpting Barry: The making of Lions Legend Barry Sanders' statue

**Detroit Lions** ✓
120K subscribers

Subscribe   👍 231   👎   ↗ Share   ⬇ Download   ✂ Clip   ⋯

6.1K views  11 days ago  #DetroitLions #NFL #Lions



Sculpting Barry: The making of Lions Legend Barry Sanders' statue

Detroit Lions
120K subscribers



Sculpting Barry: The making of Lions Legend Barry Sanders' statue

Detroit Lions
120K subscribers

6.1K views  11 days ago  #DetroitLions #NFL #Lions



Sculpting Barry: The making of Lions Legend Barry Sanders' statue



Detroit Lions
120K subscribers

6.1K views  11 days ago  #DetroitLions #NFL #Lions

https://www.youtube.com/watch?v=x6Oc6-67BHI     December 20, 2023

 YouTube



2:31 / 7:54

### Sculpting Barry: The making of Lions Legend Barry Sanders' statue

**Detroit Lions** — 142K subscribers — Subscribe — 262 — Share

7K views · 2 months ago   #DetroitLions #NFL #Lions
Last weekend, we unveiled a new statue of Barry Sanders. Here is how the statue itself came together.
Subscribe to the Lions YT Channel: https://bit.ly/2OABzdx ...more

**40 Comments**   Sort by

Add a comment...

**@michaeldault6776** 2 months ago
So dope. I don't think the Lions docu team gets enough credit for their quality pieces.
9   Reply
▼ 1 reply

**@LandryLaundry** 2 months ago
Absolutely nailed it. They did an incredible job.
9   Reply

**@DJSteezy** 2 months ago
What a beautiful sculpture. This is real art. I feel bad for Sean Taylor's family with what they did in Washington.
23   Reply
▼ 2 replies

**@stevelibby6852** 2 months ago
I got to see this in progress, Lou is an amazing artist and one of the kindest people I have ever met.
Reply

**@danspanos** 2 months ago
Great vid! Seeing behind the scenes, and what the process is like makes it even more special. It brought tears to my eyes! Love you Barry!!! 🦁
2   Reply

**@motorhead48067** 2 months ago
What an awesome statue. I'm glad they worked with a great artist and did it right.

---

### YouTube TV — TRY IT FREE
New users only. Terms apply.
YouTube TV — Sponsored · tv.youtube.com — Sign up

**Watch NFL on YouTube**
Primetime Channel
[ Get NFL Sunday Ticket ]

All · From Detroit Lions · Barry Sanders · De...

**Most Beautiful Sportscasters**
They are the most-watched female sports reporters of 2023
Sponsored · Reference
Visit site

**Live: Barry Sanders statue unveiled at Ford Field**  47:44
WXYZ-TV Detroit | Channel 7
26K views · 3 months ago

**Lions Vs Falcons Slowlights 2023**  14:27
SandmanLions
6.6K views · 2 months ago

**Mix - Detroit Lions**
More from this channel for you

**When Corrupt Cops Realize They Obliterated Their Career**  28:07
Detective Williams
4.4M views · 2 months ago

**Basketball - When Greatness Meets Class...**  59:52
ShaWiffle
4M views · 10 years ago

**1990-1999 | Return to Glory**  1:04:40
Green Bay Packers
244K views · 1 year ago

**Barry Sanders Releasing Documentary About Retiring S...**  22:50
The Pat McAfee Show
123K views · 1 month ago

**Lions Capture First Postseason Win Since 1957 | 1991...**  1:55:05
NFL
397K views · 7 years ago



### Sculpting Barry: The making of Lions Legend Barry Sanders' statue

**Detroit Lions** — 142K subscribers

7K views · 2 months ago   #DetroitLions #NFL #Lions

Last weekend, we unveiled a new statue of Barry Sanders. Here is how the statue itself came together.

Subscribe to the Lions YT Channel: https://bit.ly/2OABzdx ...more

**40 Comments**

**@michaeldault6776** · 2 months ago
So dope. I don't think the Lions docu team gets enough credit for their quality pieces.

**@LandryLaundry** · 2 months ago
Absolutely nailed it. They did an incredible job.

**@DJSteezy** · 2 months ago
What a beautiful sculpture. This is real art. I feel bad for Sean Taylor's family with what they did in Washington.

**@stevelibby6852** · 2 months ago
I got to see this in progress, Lou is an amazing artist and one of the kindest people I have ever met.

**@danspanos** · 2 months ago
Great vid! Seeing behind the scenes, and what the process is like makes it even more special. It brought tears to my eyes! Love you Barry!!! 🦁

**@motorhead48067** · 2 months ago
What an awesome statue. I'm glad they worked with a great artist and did it right.