# EXHIBIT 3





## BARRY SANDERS SILVER COIN PHOTO MINT

- 13" x 16" collectible frame, featured in double-matting under glass with three unique prints and two silver-plated, minted coins
- Limited edition of only 500
- Matted are: the official unveiling invitation; a rendering of the bronze statue that will be outside Ford Field forever; an action image of Barry Sanders that inspire the sculpting of the statue; a 39mm minted silver-plated Detroit Lions Coin; a 39mm minted, silver-plated NFL Coin and an individually numbered nameplate between the coin
- Officially licensed by the NFL, each Photo Mint is accompanied by a certificate of authenticity

### ADDITIONAL DETAILS

- Made in the USA
- Officially licensed product
- Country of Origin : Imported
- Brand : Highland Mint

Web ID: 23HMIUNFLLNSSNDRSDET
SKU: 25312640

## YOU MAY ALSO LIKE

View All


**WinCraft Detroit Lions Two-Tone Single Can...**
$5.99


**Highland Mint Detroit Lions Barry Sanders...**
$49.99


**Logo Detroit Lions Stainless Steel Gameda...**
$14.98


**Riddell Detroit Lions Speed Mini Helmet**
$34.99


**Logo Detroit Lions High Bounce Ball**
$4.99


**Franklin Detroit Lions Softee**
$12.99

## SPONSORED PRODUCTS


**Oakley Kansas City Chiefs Sutro PRIZM...**
$194.00


**Colosseum Men's Indiana Hoosiers Light Grey Ice...**
$64.99


**Colosseum Men's Ohio State Buckeyes Cream...**
$74.99


**Colosseum Men's Penn State Nittany Lions...**
$69.99


**Colosseum Toddler Girls' Michigan Wolverines Ve...**
$44.99


**Colosseum Men's Purdue Boilermakers Charco...**
$69.99

## CUSTOMERS ALSO BOUGHT

View All


Logo Detroit Lions Stainless Steel Gameda...
$14.98


Riddell Detroit Lions Speed Mini Helmet
$34.99


WinCraft Detroit Lions Two-Tone Single Can...
$5.99


Logo Detroit Lions High Bounce Ball
$4.99


Franklin Detroit Lions 8" Softee
$12.99


Rumpl Detroit Lions Blanket
$49.98

## DICK'S PRO TIPS


How to Choose a First Baseman's Mitt
First basemen see a lot of action in the diamond, so they need a glove that will help them make plays and defeat the competition. Find out what to look for when picking the best first baseman's mitt for you.


How to Choose a Softball Catchers Mitt
Catcher's mitts come with a wide range of options so you can fully customize your equipment for success. Learn more about this essential tool to dominate behind the plate.


How to Choose a Baseball Catcher's Mitt
A proper mitt is essential to any catcher's arsenal and can make the difference in finishing on top during a nail-biter game.


How To Buy Golf Shoes
The key factors to keep in mind when shopping for a new pair of golf shoes.

How are we doing?

GIVE FEEDBACK

 **Best Price Guarantee**
If You Find a Lower Price, We'll Match It.
Learn More

 **Free One-Hour Pickup**
Curbside or In-Store
Learn More

 **Free Shipping**
Exclusions and minimum order values may apply.
Details

 **Help Save Youth Sports**
Every Kid Deserves a Chance to Play
Donate

## CONNECT WITH US & SAVE

**Sign Up For Email and Get 10% Off***

[Email Address]   SIGN UP

*Online only. First-time subscribers only. Returning subscribers will be resubscribed for marketing/promo emails.

**Want $20 Off $100?**
Join DICK'S Text Alerts to Receive Special Offers! Exclusions Apply. Click For Details

## SCORE MORE. GIVE MORE. PLAY MORE.

**Gift Cards & eGift Cards**
Give the Gift That Always Fits. Shop Gift Cards

**ScoreCard & ScoreCard Gold**
Earn One Point for Every $1 and get a $10 Reward for Every 300 Points. Learn More

**ScoreRewards® Credit Card**
Accelerate your Rewards and earn 2 points for every $1 on qualified purchases with a ScoreRewards credit card. Learn More

 Feedback

**Need More Help?**