# EXHIBIT 4






Description +

## You May Also Like



$114⁹⁹

Barry Sanders Detroit Lions Highland Mint 13" x 16" Silver Coin Photo Mint



$59⁹⁹

Barry Sanders Detroit Lions Highland Mint 13" x 13" Impact Jersey Frame



$159⁹⁹

Barry Sanders Detroit Lions Highland Mint 16" x 20" Framed Canvas



$99⁹⁹

Amon-Ra St. Brown Detroit Lions Highland Mint 13" x 16" Legends Silver Coin Photo Mint



$82⁹⁹

Detroit Lions H 2023 Signature Framed Photo

## Daily Deals Ending At Midnight ET!

VIEW ALL



Daily Deal: $97⁹⁹
Regular: $139⁹⁹



Daily Deal: $52⁴⁹
Regular: $74⁹⁹



Daily Deal: $62⁹⁹
Regular: $89⁹⁹



Daily Deal: $27⁹⁹
Regular: $39⁹⁹




Daily Deal: $
Regular: $59