# EXHIBIT 5



DETROIT LIONS / DETROIT LIONS HOME & OFFICE / BARRY SANDERS / PRODUCT ID: 200663748



Ships Free

Officially Licensed Gear

## Detroit Lions Barry Sanders Highland Mint 13" x 16" Statue Unveiling Silver Coin Photo Mint

Ships Directly From a Trusted Partner

Your Price: $119.99

Apply Code Here!

Ships Free with code: NFL15

Quantity: 1

Add to Cart

You earn $10.80 FanCash on this item

**Shipping**
- Ships directly from a trusted partner. This item ships on or before Wednesday, January 10, 2024.

Details

Description

## You May Also Like


$114.99


$59.99


$99.99


$99.99


$114.99

Detroit Lions Barry Sanders Highland Mint 13" x 16" Silver Coin Photo Mint

Detroit Lions Barry Sanders Highland Mint 13" x 13" Impact Jersey Frame

Detroit Lions Amon-Ra St. Brown Highland Mint 13" x 16" Legends Silver Coin Photo Mint

Detroit Lions Highland Mint 13" x 16" Stadium Silver Coin Photo Mint

Detroit Lions Jared Goff Highland Mint 13" x 16" Silver Coin

## Daily Deals Ending At Midnight ET!

VIEW ALL







Daily Deal: $59⁴⁹
Regular: $84⁹⁹
Ends in 10 : 44 : 57

Men's Detroit Lions Antigua Charcoal Logo Victory Pullover Hoodie

Daily Deal: $59⁴⁹
Regular: $84⁹⁹
Ends in 10 : 44 : 57

Men's Detroit Lions Starter Heather Gray Word Graphic Pullover Hoodie

Daily Deal: $20⁹⁹
Regular: $29⁹⁹
Ends in 10 : 44 : 57

Detroit Lions 50'' x 60'' Collage Icons Polar Fleece Blanket

Most Popular in Home & Office

Daily Deal: $52⁴⁹
Regular: $74⁹⁹
Ends in 10 : 44 : 57

Men's Detroit Lions Starter Heather Gray Retro Logo Pullover Hoodie

Daily Deal: $6
Regular: $99⁹⁹
Ends in 10 : 44

Men's Detroit Lio Adapt Eco Knit H Zip Raglan Jacket