# EXHIBIT 6

https://mcfarlanetoysstore.com/barry-sanders-white-jersey-detroit-lions-nfl-7in-figure-mcfarlanes-sportspicks/   January 10, 2024

Select Currency: USD

  

Search Store

SIGN IN or REGISTER    CART 0

DC MULTIVERSE    MOVIES & TV    GAMING    SPORTS    ANIME    COMICS    & MORE…

Home / Sports / Barry Sanders w/White Jersey (Detroit Lions) NFL 7" Figure McFarlane's SportsPicks



  

# Barry Sanders w/White Jersey (Detroit Lions) NFL 7" Figure McFarlane's SportsPicks

**Brand: McFarlane's SportsPicks**

## $29.99

SKU: NFL-Barry-Sanders-White-1  |  UPC: 787926103519

**Quantity:**

−  1  +

**ADD TO CART**         Add to Wish List

### Description

Barry Sanders (Detroit Lions) 7" Figure.

Considered by many as one of the greatest running backs in NFL history, Barry Sanders played 10 seasons with the Detroit Lions. During his first season, Sanders was named NFL Offensive Rookie of the Year in 1989. He went on to win many accolades including NFL Most Valuable Player and two-time NFL Offensive Player of the Year. Sanders was elected to the Pro Bowl ten times and was the second-youngest player ever inducted into the Hall of Fame. In 2023 Sanders becomes the first player to have a statue unveiled at Ford Field.

- McFarlane's SportsPicks NFL Legacy Series Figure #1.
- Incredibly detailed 7" scale posed figure.
- Featured in Sanders' white team uniform modeled after his iconic running pose.
- Includes a backdrop.
- Comes with a base with team logo insert.

Collect all McFarlane's SportsPicks Figures!

**Also Available:** Factory Sealed Case (6) Figures  |  Set of 3 Barry Sanders Figures w/ Gold Label

