# EXHIBIT 7





## Barry Sanders Detroit Lions HOF - 8x10 Autographed Photo Re-Print

VC * Collectibles (20794)
99.2% positive · Seller's other items · Contact seller

**US $8.99**
or Best Offer

Condition: --

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

↺ Breathe easy. Returns accepted.

Shipping: US $4.39 Standard Shipping. See details
Located in: Prescott, Arizona, United States

Delivery: Estimated between Fri, Dec 29 and Thu, Jan 4 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Similar sponsored items
See all >       Feedback on our suggestions





BARRY SANDERS DETROIT LIONS RUNNING BACK - 8X10 SPORTS PHOTO (FB-...
New
$8.87
$11.83 25% off
Free shipping
♔ Top Rated Plus

8x10 Deion Sanders GLOSSY PHOTO photograph picture print dallas cowboys football
New
$10.99
Free shipping
Seller with a 100% positive feedback

4 - 8x10 Portraits Football Hall Of Famers Dan Marino And Barry Sanders
New
$15.00
+ $2.07 shipping
Seller with a 100% positive feedback





**Related sponsored items**  See all  Feedback on our suggestions

    

| BARRY SANDERS Detroit Lions Signed Autographed 8x10 photo Reprint | BARRY SANDERS SIGNED AUTOGRAPHED 8x10 PHOTO DETROIT LIONS Reprint | BARRY SANDERS "NFL LEGEND" Detroit Lions Signed Autographed 8x10 Photo... | Barry Sanders SIGNED PHOTO 8.5 X 11 RP AUTO AUTOGRAPHED Detroit Lions | Barry Sanders Autographed Detroit Lions Signed 8x10 Photo reprint | Barr Auto Lion |
|---|---|---|---|---|---|
| $18.99 | $17.99 | $17.99 | $13.99 | $19.95 | $19.9 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free |
| 55 sold | Seller with a 100% positive feedback | Seller with a 100% positive feedback | | Last one | Selle feed |

---

**About this item**    **Shipping, returns, and payments**                                                                    Report this item

Seller assumes all responsibility for this listing.                                                             eBay item number:   194460836957

Last updated on Nov 12, 2023 10:11:00 PST   View all revisions

## Item specifics

Type    Photograph

## Item description from the seller

Autographs are re-printed and **not** original.
New border-less print, printed on top quality photo paper.
Other sizes available e-mail us for prices.
**Photos will be cropped according to size, be aware some vintage photos may suffer due to quality of originals.**

Copyright may apply.

**FREE SHIPPING ON ADDITIONAL PHOTOS ORDERED AT FULL PRICE SAME DAY. (APPLIES TO US BUYERS ONLY)**

- See my 100% feedback and other great listings.
- Selling on Ebay since 1999!
- Follow us on Facebook

---



**VC * Collectibles**

99.2% Positive Feedback
39K items sold

Visit store
Contact
Save seller

🗓 Joined Apr 1999





