UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN KEE,<br><br>Plaintiff,<br><br>v.<br><br>THE DETROIT LIONS, INC.; GETTY IMAGES (US), INC.; NFL PROPERTIES, LLC; NFL ENTERPRISES, LLC; FANATICS RETAIL GROUP NORTH, LLC; DICK'S SPORTING GOODS, INC.; BULLION INTERNATIONAL, INC. d/b/a THE HIGHLAND MINT; TIMELESS CREATIONS, INC.; MCFARLANE TOYS, INC.; KEVIN GORDON d/b/a VC COLLECTIBLES; and JOHN DOES 1-10,<br><br>Defendants. | Civil Case No. 1:24-cv-223-ALC<br><br>Hon. Andrew L. Carter, Jr |

## APPEARANCE OF COUNSEL

To:   The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that Daniel J. Aaron, Esq., of Daniel J. Aaron, P.C., admitted to practice in this Court, hereby appears as counsel for Defendant THE DETROIT LIONS, INC., and requests that all papers be served upon him via ECF or at the address set forth below.

Dated:   May 10, 2024

DANIEL J. AARON, P.C.

By:   /s/ Daniel J. Aaron
      Daniel J. Aaron, Esq.
      125 Park Avenue, 25th Floor
      New York, New York 10017
      Telephone: 212.684.4466
      Facsimile: 212.684.5566
      Email:  danielaaron@djaaron.onmicrosoft.com
      *Attorney for Defendant*
      *The Detroit Lions, Inc.*