UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN KEE,<br><br>Plaintiff,<br><br>v.<br><br>THE DETROIT LIONS, INC.; GETTY IMAGES (US), INC.; NFL PROPERTIES, LLC; NFL ENTERPRISES, LLC; FANATICS RETAIL GROUP NORTH, LLC; DICK'S SPORTING GOODS, INC.; BULLION INTERNATIONAL, INC. d/b/a THE HIGHLAND MINT; TIMELESS CREATIONS, INC.; MCFARLANE TOYS, INC.; KEVIN GORDON d/b/a VC COLLECTIBLES; and JOHN DOES 1-10,<br><br>Defendants. | Civil Case No. 1:24-cv-223-ALC<br><br>Hon. Andrew L. Carter, Jr<br><br>**RULE 7.1 STATEMENT** |

Defendant The Detroit Lions, Inc., as and for its Disclosure Statement Pursuant to F.R.C.P. 7.1, states as follows:

The Detroit Lions, Inc., has no parent corporation, and no public company owns more than ten percent of its stock.

Dated:  New York, New York
         May 10, 2024

                                        DANIEL J. AARON, P.C.

                                        By:   /s/ Daniel J. Aaron
                                            Daniel J. Aaron, Esq.
                                            125 Park Avenue, 25th Floor
                                            New York, New York 10017
                                            Telephone: 212.684.4466
                                            Facsimile: 212.684.5566
                                            Email: danielaaron@djaaron.onmicrosoft.com
                                            *Attorney for Defendant*
                                            *The Detroit Lions, Inc.*