UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN KEE,<br><br>                    Plaintiff,<br><br>     V.<br><br>THE DETROIT LIONS, INC.; GETTY IMAGES (US), INC.; NFL PROPERTIES, LLC; NFL ENTERPRISES, LLC; FANATICS RETAIL GROUP NORTH, LLC; DICK'S SPORTING GOODS, INC.; BULLION INTERNATIONAL, INC. d/b/a THE HIGHLAND MINT; TIMELESS CREATIONS, INC.; MCFARLANE TOYS, INC.; KEVIN GORDON d/b/a VC COLLECTIBLES; and JOHN DOES 1-10,<br><br>                    Defendants. | Civil Case No. 1:24-cv-223-ALC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas H. Curtin, with the law firm Powley & Gibson P.C. and a member of the Bar of this Court, hereby enters his appearance in this action as counsel for Defendants Fanatics Retail Group North, LLC and Bullion International, Inc., d/b/a The Highland Mint.

Dated: May 10, 2024

Respectfully submitted,

*/Thomas H. Curtin/*
Thomas H. Curtin
POWLEY & GIBSON P.C.
60 Hudson Street, Suite 2203
New York, NY 10013
Tel.: (212) 226-5054
Fax: (212) 226-5085
THCurtin@PowleyGibson.com

*Counsel for Defendants Fanatics Retail Group North, LLC and Bullion International, Inc., d/b/a The Highland Mint*