UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN KEE,<br><br>                      Plaintiff,<br><br>   V.<br><br>THE DETROIT LIONS, INC.; GETTY IMAGES (US), INC.; NFL PROPERTIES, LLC; NFL ENTERPRISES, LLC; FANATICS RETAIL GROUP NORTH, LLC; DICK'S SPORTING GOODS, INC.; BULLION INTERNATIONAL, INC. d/b/a THE HIGHLAND MINT; TIMELESS CREATIONS, INC.; MCFARLANE TOYS, INC.; KEVIN GORDON d/b/a VC COLLECTIBLES; and JOHN DOES 1-10,<br><br>                      Defendants. | Civil Case No. 1:24-cv-223-ALC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rylan S. Brook, with the law firm Powley & Gibson P.C. and a member of the Bar of this Court, hereby enters his appearance in this action as counsel for Defendants Fanatics Retail Group North, LLC and Bullion International, Inc., d/b/a The Highland Mint.

Dated: May 10, 2024

                                                                                Respectfully submitted,

                                                                                 */Rylan S. Brook/*
                                                                                 Rylan S. Brook
                                                                                 POWLEY & GIBSON P.C.
                                                                                 60 Hudson Street, Suite 2203
                                                                                 New York, NY 10013
                                                                                 Tel.: (212) 226-5054
                                                                                 Fax: (212) 226-5085
                                                                                 rsbrook@powleygibson.com

                                                                                 *Counsel for Defendants Fanatics Retail Group North, LLC and Bullion International, Inc., d/b/a The Highland Mint*