UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN KEE,<br><br>                                       Plaintiff,<br><br>     -against-<br><br>THE DETROIT LIONS, INC.; GETTY IMAGES (US), INC.; NFL PROPERTIES, LLC; NFL ENTERPRISES, LLC; FANATICS RETAIL GROUP NORTH, LLC; DICK'S SPORTING GOODS, INC.; BULLION INTERNATIONAL, INC. d/b/a THE HIGHLAND MINT; TIMELESS CREATIONS, INC.; MCFARLANE TOYS, INC.; KEVIN GORDON d/b/a VC COLLECTIBLES; and JOHN DOES 1-10,<br><br>                                       Defendants. | Case: 1:24-cv-223-ALC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jura C. Zibas of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP hereby appears as counsel for defendant MCFARLANE TOYS, INC. in the above-captioned matter. Please enter this appearance, and service of all papers in this action should be served upon the undersigned at the office stated below.

Dated: New York, New York
       May 10, 2024

                                       Yours, etc.

                              By:   /s/ Jura Zibas
                                    Jura C. Zibas
                                    *Attorneys for Defendant*
                                    *MCFARLANE TOYS, INC.*
                                    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP
                                    150 East 42nd Street
                                    New York, NY 10017-5639
                                    Telephone: 212-490-3000
                                    Jura.Zibas@wilsonelser.com