UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN KEE,<br><br>                                Plaintiff,<br><br>      -against-<br><br>THE DETROIT LIONS, INC.; GETTY IMAGES (US), INC.; NFL PROPERTIES, LLC; NFL ENTERPRISES, LLC; FANATICS RETAIL GROUP NORTH, LLC; DICK'S SPORTING GOODS, INC.; BULLION INTERNATIONAL, INC. d/b/a THE HIGHLAND MINT; TIMELESS CREATIONS, INC.; MCFARLANE TOYS, INC.; KEVIN GORDON d/b/a VC COLLECTIBLES; and JOHN DOES 1-10,<br><br>                              Defendants. | Case: 1:24-cv-223-ALC<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that Stephen J. Barrett of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP hereby appears as counsel for defendant MCFARLANE TOYS, INC. in the above-captioned matter. Please enter this appearance, and service of all papers in this action should be served upon the undersigned at the office stated below.

Dated: New York, New York
       May 10, 2024

                                                  Yours, etc.

                                        By:  /s/ Stephen Barrett
                                               Stephen J. Barrett
                                             *Attorneys for Defendant*
                                             *MCFARLANE TOYS, INC.*
                                             WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP
                                             150 East 42nd Street
                                             New York, NY 10017-5639
                                             Telephone: 212-490-3000
                                             Stephen.Barrett@wilsonelser.com