USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEE,<br><br>    Plaintiff,<br><br>-against-<br><br>THE DETROIT LIONS, INC., *et al.*,<br><br>    Defendants. | 24-cv-00223 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant Timeless Creations, Inc.'s motion to dismiss for lack of jurisdiction at ECF Nos. 103-104 is **DENIED** without prejudice. Defendant Timeless Creations, Inc. is directed to file a pre-motion conference letter for their anticipated motion in accordance with the Court's Rules of Individual Practice by July 22, 2024.

**SO ORDERED.**

Dated:   July 15, 2024
         New York, New York

                                                                     _____
                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**