USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/13/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KEE,**  Plaintiff,  -against-  **THE DETROIT LIONS, INC.,** *et al.*,  Defendants. | 24-cv-00223 (ALC)  <u>**AMENDED ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendant Timeless Creations, Inc.'s pre-motion conference letter related to their anticipated motion to dismiss as well as Plaintiffs' response thereto. ECF Nos. 106-107. Defendant's request for a pre-motion conference is **DENIED**. Defendant is hereby **GRANTED** leave to file their anticipated motion. The Parties are directed to adhere to the following briefing schedule:

| | |
|---|---|
| **Opening Briefs:** | **August 26, 2024** |
| **Oppositions:** | **September 9, 2024** |
| **Replies:** | **September 16, 2024** |

**SO ORDERED.**

Dated: August 13, 2024
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**