**MEMO ENDORSED**

# McCULLOCH | KLEINMAN

August 23, 2024

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/26/2024__

Re: *Kee v. The Detroit Lions, Inc., et al.*, Case No. 1:24-cv-223 (ALC)

Judge Carter,

This firm represents Plaintiff Allen Kee ("Plaintiff") in the above-referenced matter. I write jointly with counsel for Defendant Timeless Creations, Inc.'s ("TCI") to request an extension of the current briefing deadlines for TCI's motion to dismiss. This is the parties' first request for an extension of these deadlines and is made with consent of both parties. The parties respectfully request the following changes to the briefing schedule:

| Filing | Current Deadline | Proposed Deadline |
|---|---|---|
| TCI's motion deadline | August 26, 2024 | September 9, 2024 |
| Plaintiff's opposition deadline | September 9, 2024 | October 7, 2024 |
| TCI's reply deadline | September 16, 2024 | October 14, 2024 |

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2024

Respectfully submitted,

/s/ Kevin McCulloch

Kevin McCulloch, Esq.
McCulloch Kleinman Law
kevin@mkiplaw.com

www.mccullochkleinman.com