UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALLEN KEE**<br><br>                    **Plaintiff,**<br><br>          -against-<br><br>**THE DETROIT LIONS, et al.**<br><br>                    **Defendants.** | **24-cv-0223**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from this afternoon's conference, the Parties are ORDERED to file a joint status report on February 26, 2025 summarizing the state of settlement discussions between all of the Parties in this case.

**SO ORDERED.**

Dated:    February 3, 2025
         New York, New York

*Andrew L. Carter* (signature)

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**