UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALLEN KEE** | |
| Plaintiff, | 24-cv-0223 |
| -against- | **ORDER** |
| **THE DETROIT LIONS, et al.** | |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Plaintiff's voluntary dismissal without prejudice of its claims against Defendant Getty Images (US), the open motion at ECF No. 83 is **DISMISSED** as moot. The Court of clerk is respectfully directed to terminate the open motion at ECF No. 83.

**SO ORDERED.**

Dated:   March 27, 2025
         New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**