UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2025

| | |
|---|---|
| ALLEN KEE, <br><br>    Plaintiff, <br><br>-against- <br><br>THE DETROIT LIONS, INC. et al., <br><br>    Defendants. | 24-CV-223 (ALC) (BCM) |
| ALLEN KEE, <br><br>    Plaintiff, <br><br>-against- <br><br>BARRY SANDERS, et al., <br><br>    Defendant(s). | 24-CV-8270 (ALC) (BCM) <br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

  The above-captioned cases are scheduled for an Initial Case Management Conference on May 29, 2025. On May 15, 2025, defendants in Case No. 24-CV-8270 filed a letter-motion, with plaintiff's consent, to adjourn the conference given their forthcoming motion to dismiss for lack of personal jurisdiction. (Dkt. 31 in Case No. 24-CV-8270.) On the same day, plaintiff filed a letter in Case No. 24-CV-8270 clarifying that while he consents to the adjournment of the conference in that action, he does not consent to such an adjournment in Case No. 24-CV-223. (Dkt. 32 in Case No. 24-CV-8270.) On May 20, 2025, defendants in Case No. 24-CV-223 requested an adjournment of the conference in that action, noting that defendant Timeless Creation, Inc.'s motion to dismiss for lack of personal jurisdiction remains pending. (Dkt. 131 in Case No. 24-CV-223.)

  Because there are pending or anticipated jurisdictional motions in both cases, it is hereby ORDERED that the Initial Case Management Conference is ADJOURNED in both related actions, pending the decisions on those motions. Within ten days after both jurisdictional motions are decided, the parties must jointly propose to the Court mutually convenient dates for a case management conference to take place promptly thereafter.

  The Clerk of Court is respectfully directed to close the motions at Dkt. 31 in Case No. 24-CV-8270, and Dkt. 131 in Case No. 24-CV-223.

Dated: New York, New York
   May 21, 2025        **SO ORDERED.**

                       _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**