UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KEE

                    Plaintiffs,

              -against-

THE DETROIT LIONS INC., ET AL,

                    Defendant.

------------------------------------------------------------ x

1:24-cv-0223 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's October 23, 2025 letter (ECF No. 136) requesting clarification of the Court's September 30, 2025 Order and leave to allow discovery requests to be served on the Retail Defendants. ECF No. 133.

      The Court ORDERS all Parties attend a conference on November 18, 2025 at 12 P.M. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

SO ORDERED.

Dated:   October 31, 2025
             New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**