UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KEE

                        **Plaintiffs,**

                  -against-

THE DETROIT LIONS INC., ET AL,

                        **Defendant.**
-------------------------------------------------------------- x

1:24-cv-0223 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

      The Parties are ORDERED to file a joint status report by December 2, 2025 addressing whether settlement has been reached and, if not, what the Court can do to assist with settlement.

**SO ORDERED.**

Dated:   November 18, 2025
              New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**