UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

KEE

                              Plaintiffs,

                  -against-                                          1:24-cv-0223 (ALC)

                                                                     **ORDER**

THE DETROIT LIONS INC., ET AL,

                              Defendant.

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to participate in an in-person conference on April 30,

2026 at 3:30 p.m. The Parties should appear at the Thurgood Marshall United States

Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

Dated:    April 23, 2026
          New York, New York

                                                        _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**