USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/11/26__

# McCulloch | Kleinman

### INTELLECTUAL PROPERTY ATTORNEYS

May 8, 2026

**VIA ECF & E-MAIL**
*FILED UNDER SEAL*

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007
ALCarterNYSDChambers@nysd.uscourts.gov

> Re: *Kee v. The Detroit Lions, Inc., et al.*, Case No. 1:24-cv-223 (ALC); and
> *Kee v. Sanders, et al.*, Case No. 1:24-cv-8270 (ALC)

Dear Judge Carter,

This firm represents Plaintiff Allen Kee ("Plaintiff") in the above-referenced related cases. I write concerning the in-person conference that the Court has ordered for May 14, 2026, at 2:30 PM. Specifically, I write to request the Court's permission to participate in and to represent Plaintiff at the conference remotely, whether via telephone or video conference as the Court may prefer.

As the Court is aware, I previously requested leave to appear at the conference remotely because I am located in Seattle and presently unable to travel for various medical reasons. I write again to provide the Court with more context to evaluate this request. This letter is being filed under seal in order to limit the disclosure of my personal medical information.

In December 2017, I received a liver transplant as part of my treatment for Stage IV bile duct cancer. Despite many healthy years, I was hospitalized at the end of February 2026 for many days due to what doctors have since determined is a late-onset rejection of my transplanted liver. Despite various interventions in March 2026, the rejection has progressed and even hastened and the resulting liver damage now has led to a serious deterioration of the functioning of other organs, particularly my kidneys. I now am unable to travel due to the resulting symptoms, and indeed walking is a challenge. I most recently travelled to New York to participate in the settlement conference in this case before Judge Moses on April 7 and was hospitalized within 48 hours of my return for many days. I am being evaluated for a retransplant by the liver transplant board at the University of Washington on May 12.

As noted previously, my colleague, Nathaniel Kleinman, will attend the conference in person, as he did the last conference before the Court. However, I am lead counsel in this matter and most familiar with the issues likely to be addressed at the conference and thus would prefer to attend

and participate in the conference on behalf of Plaintiff.  Therefore, I respectfully request leave of the Court to appear and represent Plaintiff at the conference remotely.

I appreciate the Court's consideration of this request.

Respectfully submitted,

Kevin McCulloch, Esq.
McCulloch Kleinman Law
kevin@mkiplaw.com

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

5/11/26

Email the Court at alcarternysdchambers@nysd.uscourts.gov with a telephone number to contact for the conference.

The Motion to Seal is granted.

The Clerk of Court is respectfully directed to terminate ECF No. 174.

