UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KEE

                      **Plaintiffs,**

                  **-against-**

THE DETROIT LIONS INC., ET AL,

                    **Defendant.**

              **1:24-cv-0223 (ALC)**

              **ORDER**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by June 30, 2026, including a status update on settlement.

        **SO ORDERED.**

**Dated:**    May 14, 2026
           New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**