UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

KEE

                      **Plaintiffs,**

                    **-against-**

THE DETROIT LIONS INC., ET AL,

                      **Defendant.**

1:24-cv-0223 (ALC)

**ORDER**

——————————————————————— x

**ANDREW L. CARTER, JR., United States District Judge:**

The Plaintiff's letter motion for discovery is GRANTED. The Clerk of

Court is respectfully directed to terminate ECF No. 179.


       **SO ORDERED.**


**Dated:**    **May 21, 2026**
           **New York, New York**

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**